RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 11/17/05

RECEIVED
OCT - 7 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| **JEFFREY L. COLE** | **CIVIL ACTION NO. 05-1138-L** |
| **VS.** | **SECTION P** |
| **LAFAYETTE PARISH CORRECTIONAL** | **JUDGE MELANÇON** |
| **CENTER ET AL.** | **MAGISTRATE JUDGE METHVIN** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** as frivolous and for failing to state a claim for which relief may be granted and for naming defendants immune from suit in accordance with the provisions of 28 U.S.C. § 1915(d)(2)(b) and § 1915A(b)(1).

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 17th day of November, 2005.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 11/17/05
BY ___
TO ___